IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-49-BO

| JERRY ROGERS, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,599.75 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $12,000.00 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $3,599.75 and upon the payment of such sums this case is dismissed with prejudice.

This 25 day of May, 2015.

Terrence W. Boyle
United States District Judge